# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00589-CV

**Samuel J. Burleson, Appellant**

**v.**

**Ken Anderson and The State of Texas, Appellees**

---

### FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 17-1317-C425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

---

## MEMORANDUM OPINION

Appellant's brief was originally due on December 12, 2019. On January 13, 2020, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by January 23, 2020, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Thomas J. Baker, Justice

Before Chief Justice Rose, Justices Baker and Triana

Dismissed for Want of Prosecution

Filed: February 14, 2020